AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Raymund Joseph Cholod,<br>a/k/a "Raymond Cholod"<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:22–mj–00237<br>Assigned To : Magistrate Judge Upadhyaya, Moxila A.<br>Assign. Date : 11/2/2022<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

Code Section                                          Offense Description

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ,
18 U.S.C. § 1751(a)(1) and (b)(1)(A)  (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) ,
18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) .

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Nichole Lynn Jasper , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   11/02/2022                                    _____
                                                      *Judge's signature*

City and state:      Washington, D.C.                 Moxila  A. Upadhyaya, U.S. Magistrate Judge
                                                      *Printed name and title*