AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22–mj–00237 |
| Raymund Joseph Cholod, | ) | Assigned To : Magistrate Judge Upadhyaya, Moxila A. |
| a/k/a "Raymond Cholod" | ) | Assign. Date : 11/2/2022 |
|  | ) | Description: Complaint w/ Arrest Warrant |
|  | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Raymund Joseph Cholod__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ;
18 U.S.C. § 1751(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) ;
18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) .

Date: 11/02/2022

_M.A. Upadhyaya_
Digitally signed by Moxila A. Upadhyaya
Date: 2022.11.02 13:05:49 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __11-2-22__ , and the person was arrested on *(date)* __11-3-22__
at *(city and state)* __Miami, FL__ .

Date: __11-3-22__

_Stephen May_
*Arresting officer's signature*

Stephen May, Special Agent
*Printed name and title*