IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Case No. 1:23-cr-0185-APM |
| | : |
| **RAYMUND CHOLOD,** | : |
|     **Defendant.** | : |

**CONSENT MOTION FOR CONTINUANCE
OF THE DECEMBER 21, 2023, PLEA HEARING**

COMES NOW, Allen H. Orenberg, counsel for Raymund Cholod, and hereby respectfully requests the entry of an Order continuing the plea hearing scheduled for December 21, 2023, (3:30 p.m.) to a date convenient to the Court and to the parties. As grounds, the following is stated:

1. This motion is consented to by Assistant U.S. Attorneys Kaitlin Klamann.

2. Mr. Cholod lives in the Middle District of Florida. He is requesting a postponement of the plea hearing because – at this time – he does not presently have the financial resources to secure travel arrangements to/from his Florida home and Washington D.C. Apparently, due to the holiday season, commercial travel fees and hotel rates are higher than usual. Mr. Cholod represents that he needs a few additional weeks of earning wages to adequately obtain funds to secure his travel arrangements.

3. It is respectfully suggested the court schedule another status hearing

for either January 9, 10 or 11, 2024, (late morning or early afternoon), or to any other date after the parties consult with the Deputy Clerk of Court.

    4.    Defendant, Raymund Cholod, by and through counsel, hereby consents to a tolling of the Speedy Trial Act between December 20, 2023, and the next scheduled Court Hearing date.

    WHEREFORE, for the foregoing reasons and such other reasons which nay appear just and proper, defendant Raymund Cholod respectfully requests the entry of an Order continuing the status hearing scheduled for December 21, 2023, to a date as suggested herein or to any other date convenient to the Court and to the parties.

    Respectfully Submitted,

_____

Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2023, I served all case registered parties by CM/ECF with a copy of the Consent Motion to Continue the December 21, 2023, Plea Hearing, and a proposed order.

_____

Allen H. Orenberg