## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 23-CR-185** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **RAYMUND JOSEPH CHOLOD** | : | **18 U.S.C. § 111(a)(1)** |
| **a/k/a "Raymond Cholod,"** | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers)** |
| **Defendant.** | : | |

## SUPERSEDING INFORMATION

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **RAYMUND JOSEPH CHOLOD**, also known as "Raymond Cholod," did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:    */s/ Kaitlin Klamann*
       KAITLIN KLAMANN
       Assistant United States Attorney
       601 D Street NW
       Washington, D.C. 20530
       IL Bar No. 6316768
       (202) 252-6778
       Kaitlin.klamann@usdoj.gov