AO 455 (Rev. 01 09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23-CR-185 |
| Raymund Cholod, a/k/a "Raymond Cholod" | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/09/2024

*Defendant's signature*

Allen H. Orenberg
Digitally signed by Allen H. Orenberg
Date: 2024.02.10 15:47:29 -05'00'

*Signature of defendant's attorney*

**Allen H. Orenberg**

*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*