# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 1:23-CR-00185-APM |
| ) | |
| **RAYMUND CHOLOD** ) | ***EMERGENCY MOTION**** |
| ) | |

## ORDER

In light of a pardon issued by President Trump on January 20, 2025, Defendant Raymund Cholod is hereby ordered discharged from further service of the sentence previously issued in this case. The Bureau of Prisons (BOP) is hereby directed to release the Defendant, Raymund Cholod, from custody immediately, unless BOP is in possession of another detainer or alternative legal basis to continue his detention as a result of a different, unrelated case.

The Clerk is directed to forward a copy of this Order to the U.S. Marshal of this District forthwith, with the U.S. Marshal's Service also directed to also forward a copy of this Order to the U.S. Bureau of Prisons (BOP).

_____
Amit P. Mehta
United States District Judge

1